IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JENISE MORRIS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 11-0542-CV-W-HFS |
| HUMANA HEALTH PLAN, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

The Clerk's Office was directed to remand this case after a period allowed by me to permit an appeal before removal. That time having expired, the Clerk's Office is directed to complete the remand on or before December 16, 2011. SO ORDERED.

The motion for stay or to vacate the prior order (ECF doc. 16) is DENIED as moot. An additional reason for denial would be in my view that plaintiff should have an opportunity to proceed in Circuit Court in a timely manner. A brief period is allowed by this order to file a notice of appeal and seek a delay if the Court of Appeals deems that appropriate.

The motion for an extension of time to answer (ECF doc. 15) is GRANTED in part. In the event relief is sought and granted from the Eighth Circuit Court of Appeals, defendant's time to answer or otherwise respond here or in the Circuit Court is extended until December 30, 2011.

                                                /s/ Howard F. Sachs
                                                HOWARD F. SACHS
                                                UNITED STATES DISTRICT JUDGE

December  12 , 2011

Kansas City, MO